**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Tanisha Franklin v. Officers Plumey, #29, John Doe, John Moe, John Soe, John Coe, John Foe, and the Village of Riverdale, a Municipal Corporation | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Tanisha Franklin

```
FILED
JUNE 5, 2008                    YM
08CV3255
JUDGE SHADUR
MAGISTRATE JUDGE DENLOW
```

| NAME (Type or print) |
|---|
| Standish E. Willis |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Standish E. Willis |

| FIRM |
|---|
| The Law Office of Standish E. Willis, Ltd |

| STREET ADDRESS |
|---|
| 407 South Dearborn Street, Suite 1395 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60605 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 53066 | (312) 554-0005 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐