UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

TANISHA FRANKLIN,

    Plaintiff,

-vs-

OFFICERS PLUMEY, #29, JOHN DO, JOHN MOE, JOHN SOE, JOHN COE, JOHN FOE and THE VILLAGE OF RIVERDALE, a Municipal

    Defendants.

Case Number: 08-cv-3255

Judge Milton I. Shadur

Magistrate Judge Morton Denlow

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Officer Plumey and The Village of Riverdale**

| (A) | (B) |
|---|---|
| SIGNATURE s/ Michael J. Meyer | SIGNATURE s/ Patrick E. Burgess |
| NAME Michael J. Meyer | NAME Patrick E. Burgess |
| FIRM Tribler Orpett & Meyer, P.C. | FIRM Tribler Orpett & Meyer, P.C. |
| STREET ADDRESS 225 W. Washington St., Suite 1300 | STREET ADDRESS 225 W. Washington St., Suite 1300 |
| CITY/STATE/ZIP Chicago, IL 60606 | CITY/STATE/ZIP Chicago, IL 60606 |
| TELEPHONE NUMBER 312-201-3400  FAX NUMBER 312-201-6401 | TELEPHONE NUMBER 312-201-6400  FAX NUMBER 312-201-6401 |
| E-MAIL ADDRESS mjmeyer@tribler.com | E-MAIL ADDRESS peburgess@tribler.com |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 0619372 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6274640 |
| MEMBER OF TRIAL BAR?  YES ☒  NO ☐ | MEMBER OF TRIAL BAR?  YES ☐  NO ☒ |
| TRIAL ATTORNEY?  YES ☒  NO ☐ | TRIAL ATTORNEY?  YES ☐  NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL?  YES ☐  NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER  FAX NUMBER | TELEPHONE NUMBER  FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?  YES ☐  NO ☐ | MEMBER OF TRIAL BAR?  YES ☐  NO ☐ |
| TRIAL ATTORNEY?  YES ☐  NO ☐ | TRIAL ATTORNEY?  YES ☐  NO ☐ |
| DESIGNATED AS LOCAL COUNSEL?  YES ☐  NO ☐ | DESIGNATED AS LOCAL COUNSEL?  YES ☐  NO ☐ |