IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TANISHA FRANKLIN, | ) |
| | ) |
| Plaintiff, | ) No: 08-cv-3255 |
| | ) |
| OFFICERS PLUMEY, #29, JOHN DOE, | ) Judge Milton I. Shadur |
| JOHN MOE, JOHN SOE, JOHN COE, | ) |
| JOHN FOE, and THE VILLAGE OF | ) Magistrate Judge Morton Denlow |
| RIVERDALE, a Municipal Corporation, | ) |
| | ) |
| Defendants. | ) |

**MOTION TO ENLARGE THE TIME PERIOD IN WHICH
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

NOW COME Defendants, OFFICER PLUMEY and THE VILLAGE OF RIVERDALE, by and through their attorneys, Tribler Orpett & Meyer, P.C., and, pursuant to Federal Rule of Civil Procedure 6(b)(1), move this Honorable Court to enlarge the time period in which to answer or otherwise plead up to and including August 29, 2008. In support thereof, Defendants state as follows:

1. Plaintiff has filed a Complaint on June 5, 2008 against Officer Plumey and The Village of Riverdale.

2. Pursuant to the Honorable Shadur's standing order, Defendants' attorney attempted to contact plaintiff's counsel to obtain its agreement to Defendants' request for an extension of time to answer or otherwise plead to plaintiff's complaint, however, no attorneys on record were available.

3. The undersigned seeks an extension of time to meet with Defendants and examine all pertinent documents in order to sufficiently answer or otherwise plead to Plaintiff's

Complaint. The undersigned seeks 28 days, up to and including August 29, 2008, to answer or otherwise plead to Plaintiff's Complaint.

5.   The undersigned is not being dilatory in the defense of this case and an extension of time will cause no undue delay or prejudice in this action.

**WHEREFORE**, Defendants, OFFICER PLUMEY and THE VILLAGE OF RIVERDALE, respectfully request that this Honorable Court grant them an enlargement of time up to and including, August 29, 2008 to answer or otherwise plead in this matter, and to vacate any technical defaults that may have been entered.

> Respectfully submitted,
>
> TRIBLER ORPETT & MEYER, P.C.
>
>
> s/ Patrick E. Burgess_____
> Attorney for Defendants, Officer Plumey and
> The Village of Riverdale

Michael J. Meyer, Esq. – ARDC #0619372
Patrick E. Burgess, Esq. – ARDC #6274640
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street, Suite 1300
Chicago, Illinois 60606

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the defendants Officer Plumey and the Village of Riverdale's Motion to Enlarge the Time Period in which to Answer or Otherwise Plead to Plaintiff's Complaint was served upon:

> Teniece Harris – tenieceguy@yahoo.com
> Angela Lockett – angelalockett@aol.com
> Standish E. Willis – swillis818@aol.com
> **THE LAW OFFICES OF STANDISH E. WILLIS, LTD.**
> 407 S. Dearborn Street, Suite 1395
> Chicago, IL 60605

service was accomplished pursuant to ECF as to Filing Users and complies with Fed. R. Civ. P. 5(a), LR 5.5 as to any party who is not a Filing User or represented by a Filing User by mailing a copy to the above-named attorney or party of record at the address listed above, from 225 W. Washington Street, Suite 1300, Chicago, IL 60606, prior to 5:00 p.m. on the 1st day of August, 2008, with proper postage prepaid.

                                                    s/ Patrick E. Burgess_____
                                                    an Attorney

Michael J. Meyer, Esq. – ARDC #0619372
Patrick E. Burgess, Esq. – ARDC #6274640
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street, Suite 1300
Chicago, Illinois 60606
(312) 201-6400