IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TANISHA FRANKLIN, | ) |
| | ) |
| Plaintiff, | ) No: 08-cv-3255 |
| | ) |
| OFFICERS PLUMEY, #29, JOHN DOE, | ) Judge Milton I. Shadur |
| JOHN MOE, JOHN SOE, JOHN COE, | ) |
| JOHN FOE, and THE VILLAGE OF | ) Magistrate Judge Morton Denlow |
| RIVERDALE, a Municipal Corporation, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF MOTION**

On the 6th day of August, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Milton Shadur or the presiding judge in Courtroom 2303 in the United States District Court of Cook County, Illinois and shall then and there present **Defendants' Motion to Enlarge the Time Period in Which to Answer or Otherwise Plead to Plaintiff's Complaint.**

Respectfully submitted,

TRIBLER ORPETT & MEYER, P.C.

s/ Patrick E. Burgess
Attorney for defendants, Officer Plumey and
The Village of Riverdale

Michael J. Meyer, Esq. – ARDC #0619372
Patrick E. Burgess, Esq. – ARDC # 6274640
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street, Suite 1300
Chicago, Illinois 60606
(312) 201-6400

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the defendants Officer Plumey and the Village of Riverdale's Motion to Enlarge the Time Period in which to Answer or Otherwise Plead to Plaintiff's Complaint was served upon:

>Teniece Harris – tenieceguy@yahoo.com
>Angela Lockett – angelalockett@aol.com
>Standish E. Willis – swillis818@aol.com
>**THE LAW OFFICES OF STANDISH E. WILLIS, LTD.**
>407 S. Dearborn Street, Suite 1395
>Chicago, IL 60605

service was accomplished pursuant to ECF as to Filing Users and complies with Fed. R. Civ. P. 5(a), LR 5.5 as to any party who is not a Filing User or represented by a Filing User by mailing a copy to the above-named attorney or party of record at the address listed above, from 225 W. Washington Street, Suite 1300, Chicago, IL 60606, prior to 5:00 p.m. on the 1st day of August, 2008, with proper postage prepaid.

>s/ Patrick E. Burgess_____
>an Attorney

Michael J. Meyer, Esq. – ARDC #0619372
Patrick E. Burgess, Esq. – ARDC #6274640
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street, Suite 1300
Chicago, Illinois 60606
(312) 201-6400