**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Tanisha Franklin
                  Plaintiff,

v.                                            Case No.: 1:08−cv−03255
                                                 Honorable Milton I. Shadur

Plumey, et al.
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Motion for extension of time to August 29, 2008 to answer or otherwise plead [11] is granted; Status hearing held on 8/6/2008. Status hearing set for 10/20/2008 at 09:00 AM. Defense counsel is to bear the incremental costs to plaintiff's counsel for making an unnecessary trip.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.